**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**SHREVEPORT DIVISION**

| | | |
|---|---|---|
| **TANGO TRANSPORT, L.L.C.** | : | **CIVIL ACTION NO. 5:08-CV-00559 S** |
| | : | |
| | : | |
| **VS.** | : | **JUDGE HICKS** |
| | : | |
| **TRANSPORT INTERNATIONAL POOL,** | : | |
| **INC.** | : | **MAGISTRATE JUDGE HORNSBY** |

**ORDER**

**CONSIDERING THE FOREGOING MOTION,**

**IT IS ORDERED** that eighty-one (81) trailers set out in the foregoing Motion currently held under seizure in this matter pursuant to a Writ of Sequestration previously ordered issued by this Court be unconditionally released to the owner of such trailers, Transport International Pool, Inc., ~~immediately upon Transport International Pool, Inc. furnishing additional security beyond its existing bond of One Million Two Hundred Thousand and No/100 Dollars ($1,200,000.00) in the sum of xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx Dollars ($xxxxxxxxxxx)~~. No additional security is required.

**IT IS FURTHER ORDERED THAT** the United States Marshal for the Western District of Louisiana and the Substitute Keeper named herein deliver said property to Transport International Pool, Inc. ~~following the posting of the aforesaid bond, which bond shall stand in the place and stead of said trailers during the pendency of these proceeding~~.

**IT IS FURTHER ORDERED THAT** the sequestration bond previously posted

herein by Transport International Pool, Inc. remain posted and in full force and effect, ~~unaffected~~

~~by the aforesaid bond additional posting requirement~~ .

Shreveport, Louisiana, this  18  day of August 2008.

_____
UNITED STATES MAGISTRATE JUDGE