**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | | |
|---|---|---|
| **TANGO TRANSPORT, L.L.C.** | * | **CIVIL ACTION NO.  08-0559** |
| **VERSUS** | * | **JUDGE S. MAURICE HICKS** |
| **TRANSPORT INTERNATIONAL POOL, INC.** | * | **MAG. JUDGE KAREN L. HAYES** |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

Transport International Pool, Inc.'s motion to defer consideration of attorneys' fees [doc. # 240] is **DENIED**.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Tango Transport, L.L.C. be, and is hereby awarded reasonable attorneys' fees in the amount of $158,776.85.

**THUS DONE AND SIGNED** this 1st day of April 2011 in Shreveport, Louisiana.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE